
JS-6 / ENTER

**FILED**
MAR 22 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| HUI SUN, <br>     Petitioner, <br>     v. <br> ROY A. CASTRO, Warden, <br>     Respondent. | Case No. CV 09-4124-MMM (MLG) <br><br> JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: MAR 19 2010

*Margaret M. Morrow*
Margaret M. Morrow
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 22 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY